Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–22985–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Falandes
   299 Chelsea Ave
   Long Branch, NJ 07740–6504

Social Security No.:
   xxx–xx–2618

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/11/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 11, 2017
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22985-CMG
Maria Falandes                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1         Date Rcvd: Sep 11, 2017
                               Form ID: 148            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db             Maria Falandes,   299 Chelsea Ave,   Long Branch, NJ   07740-6504
516932913     +CBNA,   POB 6497,   Sioux Falls, SD 57117-6497
516902222      Kml Law Group,   216 Haddon Ave Ste 406,   Westmont, NJ   08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2017 00:28:25     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2017 00:28:22     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516932909     +EDI: CHASE.COM Sep 12 2017 00:23:00      Amazon,   POB 15153,   Wilmington, DE 19886-5153
516932910     +EDI: AMEREXPR.COM Sep 12 2017 00:23:00      American Express,   POB 981537,
                El Paso, TX 79998-1537
516932911     +EDI: BANKAMER.COM Sep 12 2017 00:23:00      Bank of America,   POB 5170,
                Simi Valley, CA 93062-5170
516932912     +EDI: CAPITALONE.COM Sep 12 2017 00:23:00      Capital One,   POB 30285,
                Salt Lake City, UT 84130-0285
516902221      E-mail/Text: bankruptcy.bnc@ditech.com Sep 12 2017 00:28:15      Ditech,   PO Box 6172,
                Rapid City, SD   57709-6172
516932914     +EDI: RMSC.COM Sep 12 2017 00:23:00      GEMBA Lowes,   POB 981400 C811,   El Paso, TX 79998-1400
516932915     +EDI: CITICORP.COM Sep 12 2017 00:23:00      Home Depot,   POB 6497,   Sioux Falls, SD 57117-6497
516932916     +EDI: TSYS2.COM Sep 12 2017 00:23:00      Macys,   POB 8218,   Mason, OH 45040-8218
517039440      EDI: Q3G.COM Sep 12 2017 00:24:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA   98083-0788
516905168     +EDI: RMSC.COM Sep 12 2017 00:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
516997479      EDI: BL-TOYOTA.COM Sep 12 2017 00:23:00      Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
516932917     +EDI: RMSC.COM Sep 12 2017 00:23:00      Walmart,   POB 530927,   Atlanta, GA 30353-0927
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Benjamin Jamie Ginter    on behalf of Debtor Maria  Falandes gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-42, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-42 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5